P.O. BOX M
E. Pittsburgh, PA 15112

266274-64

RETURN SERVICE REQUESTED

| Previous Amount Due | Accumulated Fees | Monthly Payment | Due Date | Total Amount Due |
|---|---|---|---|---|
| $0.00 | $0.00 | $12.95 | 01/01/08 | $12.95 |

We appreciate the way you keep your account with us up to date. If you have any questions please contact our company at (412) 856-8700. Thank you and good reading!

MagazineSOLUTIONS
Division of United Pub. Ser.
P.O. BOX M
E. Pittsburgh, PA 15112

MRS. LORI BOLD
827 STATE ST
WOOD RIVER, IL 62095

